```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

| | | |
|---|---|---|
| CHRISTOPHER CROSBY, | : | NO. 1:12-CV-00523 |
| | : | |
|     Petitioner, | : | |
| | : | **ORDER** |
|   v. | : | |
| | : | |
| WARDEN, LONDON CORRECTIONAL INSTITUTION, | : | |
| | : | |
|     Respondent. | : | |

This matter is before the Court on the Magistrate Judge's November 7, 2013 Report and Recommendation (doc. 10). No Objection has been filed.

Proper notice was provided to the Parties under Title 28 U.S.C. § 636(b)(1)(C), including the notice that they would waive further appeal if they failed to file an objection to the Magistrate Judge's Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

Having reviewed this matter de novo, pursuant to Title 28 U.S.C. § 636, the Court concludes that the Magistrate Judge's Report and Recommendation is correct that Petitioner procedurally defaulted and waived his single ground for relief. Accordingly, the Court ADOPTS and AFFIRMS the Report and Recommendation in all respects, and DENIES Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 1). The Court further FINDS that a certificate of appealability should not issue with

respect the claims alleged in the petition, which the Court has concluded are waived and thus procedurally barred from review because under the two-part standard enunciated in <u>Slack v. McDaniel</u>, 529 U.S. 473, 484-85 (2000), "jurists of reason" would not find it debatable whether this Court is correct in its procedural ruling. Finally, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that with respect to any application by Petitioner to proceed on appeal <u>in forma pauperis</u>, an appeal of this Order would not be taken in "good faith" and therefore the Court DENIES Petitioner leave to appeal <u>in forma pauperis</u> upon a showing of financial necessity. Fed. R. App. P. 24(a); <u>Kincade v. Sparkman</u>, 117 F.3d 949, 952 (6th Cir. 1997).

       SO ORDERED.

Dated: January 7, 2014      <u>s/S. Arthur Spiegel        </u>
                                    S. Arthur Spiegel
                                    United States Senior District Judge